UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE NORTHERN ASSURANCE COMPANY OF
AMERICA; INTERNATIONAL MARINE
UNDERWRITERS,

    Plaintiffs,

-vs-                                                    Case No. 2:07-cv-341-FtM-29SPC

ZAP MARINE ENTERPRISES, LLC,

    Defendant.
_____

**ORDER**

      This matter comes before the Court on the Plaintiff Northern Assurance Company's Amended Motion to Compel Discovery in Aid of Execution (Doc. #115) filed on May 28, 2010. No response in opposition has been filed by the Defendant.

      "In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person-including the judgment debtor-as provided in these rules or by the procedure of the state where the court is located."U.S. v. Lavendar, 2009 WL 3823425 * 2 (S.D. Fla. November 16, 2009) (citing Fed R. Civ. P. 60(a)(2)). "Parties may obtain discovery regarding any matter, not privileged, that is relevant to the subject matter of the pending action, whether it relates to the claim or defense of the party seeking discovery or the claim or defense of any other party, including the existence, description, nature, custody, condition, and location of any books, documents, or other tangible things and the identity and location of persons having knowledge of any discoverable matter. It is not ground for objection that the information sought will be inadmissible at the trial if the information sought appears reasonably calculated to

lead to the discovery of admissible evidence." Lavendar, 2009 WL 3823425 * 2 (citing Fla. R. Civ. P. 1.280(b)).

The Plaintiff served discovery upon the Defendant in aid of execution on October 2, 2009. To date the Defendant has failed to respond to the discovery request and has made no effort to pay the outstanding judgment.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Northern Assurance Company's Amended Motion to Compel Discovery in Aid of Execution (Doc. #115) is **GRANTED**. The Defendant has up to and including **July 5, 2010**, to respond to the Plaintiff's discovery in aid of execution.

**DONE AND ORDERED** at Fort Myers, Florida, this ___15th___ day of June, 2010.

_Sheri Polster Chappell_
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record