UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE NORTHERN ASSURANCE COMPANY OF
AMERICA; INTERNATIONAL MARINE
UNDERWRITERS,

                Plaintiffs,

-vs-                                                      Case No. 2:07-cv-341-FtM-29SPC

ZAP MARINE ENTERPRISES, LLC,

                Defendant.
_____

**ORDER**

This matter comes before the Court on Order to Show Cause (Doc. #119) filed on September 1, 2010. A hearing was held September 24, 2010, during which counsel for the Plaintiff and Theodore Ryznar, sitting for the Defendant, presented arguments regarding Plaintiff's prior Motion to Compel Discovery in Aid of Execution (Doc. #117).

After considering all arguments it is now

**ORDERED:**

(1)      Theodore Ryznar is ordered to provide counsel for the Plaintiff, Northern Assurance Company, answers to all questions contained in the "Fact Info Sheet" provided during the hearing. All questions are to be answered as they apply to Zap Marine, LLC.

(2) Theodore Ryznar is ordered to fully and completely answer the questions in the "Fact Info Sheet" and have them delivered to Defense counsel no later than **5:00 pm on September 27, 2010**.

(3) Theodore Ryznar is ordered to attend the scheduled deposition in **Port Charlotte** at **1:00 pm on September 29, 2010** at the location indicated on the subpoena served on Ryznar prior to the hearing.

**DONE AND ORDERED** at Fort Myers, Florida, this ___24th___ day of September, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record