UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE NORTHERN ASSURANCE COMPANY OF
AMERICA; INTERNATIONAL MARINE
UNDERWRITERS,

                    Plaintiffs,

-vs-                                      Case No. 2:07-cv-341-FtM-29SPC

ZAP MARINE ENTERPRISES, LLC,

                    Defendant.
_____

**ORDER**

       This matter comes before the Court on Plaintiffs' Motion to Hold Defendant and Theodore Ryznar in Contempt of Court and to Compel Production of Ordered Information and Documents (Doc. #125) filed on September 27, 2010. After holding a hearing, this Court entered an Order on September 24, 2010 (Doc. #124) directing Theodore Ryznar to provide counsel for Plaintiffs full and complete answers to the questions in the "Fact Info Sheet" no later than 5:00 p.m. on Monday, September 27, 2010. Ryznar timely faxed an executed and notarized Fact Information Sheet. Plaintiffs claim in the instant Motion that the sheet was incomplete and did not include the required documentation. The Fact Information Sheet required that Ryznar attach copies of tax returns, bank statements, and other financial documents. Ryznar did not attach any documents.

       Upon review of the Fact Information Sheet, the Court agrees that it is virtually illegible. Thus, the Court will direct Ryznar to provide the completed and notarized Fact Information Sheet to Plaintiffs' counsel via mail. Ryznar must also provide documentation as requested in the Fact

Information Sheet or attest that no such documents exist.  The Court does not find that an order of contempt is prudent at this time.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Motion to Hold Defendant and Theodore Ryznar in Contempt of Court and to Compel Production of Ordered Information and Documents (Doc. #125) is **GRANTED in part**. Plaintiffs' request to compel is **GRANTED**.  Theodore Ryznar shall mail the completed and notarized Fact Information Sheet, along with the documents requested in the Information Sheet via U.S. mail to Christopher R. Koehler, Hayden, Miliken & Boeringer, PA, 4923 S. West Short Blvd., Tampa, Florida 33611-3329 by **November 11, 2010.**  Failure to comply with this Court's Order could result in the imposition of sanctions against Ryznar.  Plaintiffs' request to hold Ryznar in contempt of court is **DENIED without prejudice**.  The Court will entertain another motion for contempt if Ryznar fails to comply with this Court's Order.

**DONE AND ORDERED** at Fort Myers, Florida, this ___28th___ day of October, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record